JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA V.M., <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, Commissioner of Social Security, <br><br> Defendant. | NO. CV-24-08470-AGR <br><br><br> JUDGMENT |

    In accordance with the Memorandum Opinion and Order filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: November 4, 2025

_____
ALICIA G. ROSENBERG
United States Magistrate Judge